UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRANITE STATE INSURANCE COMPANY,

                Plaintiff,

-against-

RAINIER ARMS LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/12/2024

1:23-cv-7644-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On January 12, 2024, the Court held the Initial Pretrial Conference in this matter. As the Court stated at the conference, IT IS HEREBY ORDERED that Plaintiff shall amend the complaint to properly allege diversity jurisdiction by January 16, 2024.

IT IS FURTHER ORDERED that the parties shall exchange policies by January 19, 2024 and thereafter work to agree on authentic versions of the policies.

IT IS FURTHER ORDERED that Plaintiff's contemplated motion for summary judgment on the duty to defend is due February 16, 2024, Defendant's opposition is due March 18, 204, and any reply is due April 5, 2024. Any cross-motion will be briefed a schedule two weeks after the deadlines set forth above.

IT IS FURTHER ORDERED that the Court will temporarily stay discovery on the duty to indemnify.

Any request for an adjournment must be filed on ECF at least 48 hours before the deadline. **Failure to comply with court orders and the Court's Individual Rules of Practice will result in sanctions, including monetary fines; preclusion of claims, defenses, and evidence, and dismissal for failure to prosecute.**

SO ORDERED.

Date: January 12, 2024
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**