USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRANITE STATE INSURANCE CO.,

                       Plaintiff,

-against-

RAINIER ARMS LLC,

                       Defendant.

23-CV-07644 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the previous order from January 12, 2024. Dkt. No. 37. Accordingly, Defendant's opposition to Plaintiff's motion for summary judgment is due **March 18, 2024,** and any reply is due **April 5, 2024**. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

      In accordance with Rule I(B)(5) of the Court's Individual Rules & Practices, requests for extensions or adjournments may be made only by letter-motion filed on ECF.

Dated: March 5, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge