**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
GRANITE STATE INSURANCE COMPANY,

                Plaintiff,                23 **CIVIL** 7644 (MMG)

    -against-                             **JUDGMENT**

RAINIER ARMS LLC.

                Defendant.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 3, 2025, Judgment is hereby entered for Plaintiff on Count II of the Amended Complaint. Defendant's remaining counterclaim is dismissed. Each party shall bear its own costs, expenses and attorneys' fees.

**Dated:**  New York, New York

     June 3, 2025

                                                  **TAMMI M. HELLWIG**

                                                     **Clerk of Court**

                              **BY:**

                                                        **Deputy Clerk**